# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141311

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

RANDALL G. PAIGE, Deceased,
      Plaintiff-Appellee,

v

SC: 141311
COA: 290377
WCAC: 03-000085

CITY OF STERLING HEIGHTS and
ACCIDENT FUND COMPANY,
      Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the May 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

0920